

~~SEALED~~

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATIONS OF
THE FEDERAL CONTROLLED SUBSTANCES ACT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. |
| v. | SECTION: 09-166 |
| TEHRAN MICHAEL WILLS<br>    a/k/a "Happy"<br>TODD DAGGS<br>    a/k/a "Slim"<br>GEORGE MURRAY<br>    a/k/a "King"<br>LARRY ROSS<br>    a/k/a "Big Whiskey," "Big Boy"<br>RODNEY BOLTON<br>    a/k/a "Stepper," "Vamp" | VIOLATIONS: 21 U.S.C. § 841 (a)(1)<br>21 U.S.C. § 846<br>21 U.S.C. § 843(b)<br><br>SECT. N MAG. 1 |

The Grand Jury charges that:

COUNT 1

Beginning at a time unknown, but prior to May 1, 2007, and continuing to on or about June 4, 2009, in the Eastern District of Louisiana and elsewhere, the defendants, **TEHRAN MICHAEL WILLS, a/k/a "Happy," TODD DAGGS, a/k/a "Slim," GEORGE MURRAY, a/k/a "King," LARRY ROSS, a/k/a "Big Whiskey and Big Boy," and RODNEY BOLTON, a/k/a "Stepper and Vamp,"** did knowingly and intentionally combine, conspire, confederate, and agree with each

other, and with other persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, and one (1) kilogram or more of a substance containing a detectable amount of heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 846.

## COUNT 2

On or about September 4, 2007, in the Eastern District of Louisiana, **GEORGE MURRAY, a/k/a "King,"** did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with intent to distribute cocaine hydrochloride, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 843(b).

## COUNT 3

On or about July 25, 2007, in the Eastern District of Louisiana, **LARRY ROSS, a/k/a "Big Boy or Big Whiskey,"** did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with intent to distribute heroin, a Schedule I controlled substance; all in violation of Title 21, United States Code, Section 843(b).

## COUNT 4

On or about August 11, 2007, in the Eastern District of Louisiana, **LARRY ROSS,**

**a/k/a "Big Boy or Big Whiskey,"** did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with intent to distribute heroin, a Schedule I controlled substance; all in violation of Title 21, United States Code, Section 843(b).

## NOTICE OF DRUG FORFEITURE

1. The allegations of Counts 1 through 4 of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1 through 4 the defendants, **TEHRAN MICHAEL WILLS, a/k/a "Happy," TODD DAGGS, a/k/a "Slim," GEORGE MURRAY, a/k/a "King," LARRY ROSS, a/k/a "Big Whiskey and Big Boy," and RODNEY BOLTON, a/k/a "Stepper and Vamp,"** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 4 of this Indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
JIM LETTEN
United States Attorney
Bar. Roll No. 8517

_____
JAN MASELLI MANN
First Assistant United States Attorney
Bar Roll No. 9020

_____
EMILY K. GREENFIELD
Assistant United States Attorney
Bar Roll No. 28587

New Orleans, Louisiana
June 5, 2009

4

FORM OBD-34

No. _____

UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__

__Criminal__ Division

THE UNITED STATES OF AMERICA

vs.

TEHRAN MICHAEL WILLS a/k/a "Happy"
TODD DAGGS a/k/a "Slim"
GEORGE MURRAY a/k/a "King"
LARRY ROSS a/k/a "Big Whiskey," "Big Boy"
RODNEY BOLTON a/k/a "Stepper," "Vamp"

INDICTMENT

INDICTMENT FOR VIOLATIONS OF
THE FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATIONS: 21 U.S.C. § 841 (a)(1)
21 U.S.C. § 846
21 U.S.C. § 843(b)

A true bill

_____
Foreperson

Filed in open court this _____ day, of _____ A.D. 2009.

_____
Clerk

Bail, $ _____

EMILY K. GREENFIELD
Assistant United States Attorney