UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-166 |
| TODD DAGGS AND RODNEY BOLTON | SECTION "N" |

### ORDER AND REASONS

Presently before the Court is the Daggs' "Motion in Limine to Exclude You Tube Video" (Rec. Doc. 187). IT IS ORDERED that the motion is REFERRED TO TRIAL. Considering the Government's current showing, however, the Court doubts the relevance of the video. Not all of the persons appearing in the video have been identified and, moreover, much of the audio is incomprehensible. Nor is the date and time of the video apparent. Accordingly, if the Government wishes to introduce any part of the video into evidence at trial, an adequate foundation must be established, which must include a proper identification of the other persons appearing in the video. Additionally, a transcript of the pertinent dialogue must be promptly provided to the Court and the defendants.

New Orleans, Louisiana, this 16th day of August 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE