MINUTE ENTRY
ENGELHARDT, J.
AUGUST 26, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 09-166 |
| TODD DAGGS AND RODNEY BOLTON | SECTION "N" |

JUDGE KURT D. ENGELHARDT PRESIDING

**THURSDAY, AUGUST 26, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta          COURT REPORTER: Karen Ibos

APPEARANCES: Emily Greenfield, AUSA and William J. Quinlan, AUSA
             Charles Marshall, for Todd Daggs
             Stephen Shapiro, for Rodney Bolton

**JURY TRIAL:(as to the Second Superseding Indictment)**
**(held and continued from August 25, 2010)**

All present and ready.
Defendants present.
Jury returned to the courtroom.
Closing arguments made by all counsel.
Jury Charged and Instructed by the Court.
Alternate jurors excused.
Jury retires for deliberations at 10:16 a.m.  Jury returns from deliberations at 1:43 p.m.
VERDICT: see verdict form attached.
ORDERED that verdict be recorded and made the judgment of this Court.
Jury thanked and excused.
Pre-sentence investigation ORDERED. The initial interview with the defendants shall be conducted by the probation office within two weeks of today's date.
Sentencing set for Wednesday, December 1, 2010 at 9:00 a.m.
Stipulation as to the Forfeiture proceedings entered.
Defendants remanded.
Court adjourns.

JS-10: 2:20