UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-166 |
| TODD DAGGS AND RODNEY BOLTON | SECTION "N" |

### ORDER AND REASONS

On December 2, 2010, the Court allowed trial counsel for Defendant Todd Daggs to withdraw as counsel of record. *See* Rec. Doc. 306. Accordingly, **IT IS ORDERED** that Defendant Todd Daggs shall appear before the duty magistrate judge for determination of entitlement to appointed appellate counsel.

New Orleans, Louisiana, this 10th day of December 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE